UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JON DICKERSON<br>D.O.C. # 428915 | DOCKET NO. 2:18-cv-1560 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| DARRELL VANNOY | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED and DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 28th day of August, 2019.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE